UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LARRY KANNER,**

      **Plaintiff,**

v.                                       Case No.  6:23-cv-1706-CEM-RMN

**ALLEN LEONARD BEVERLY,
JR. and SCS UNLIMITED
FLOORING LLC,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion for Default Judgment (Doc. 32). The United States Magistrate Judge issued a Report and Recommendation (Doc. 33), recommending that the Motion be granted, (*id.* at 13).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 33) is **ADOPTED** and made a part of this Order.

2. The Plaintiff's Motion for Default Judgment (Doc. 32) is **GRANTED**.

a. The Clerk is directed to enter **DEFAULT JUDGMENT** in favor of Plaintiff against Defendants in the amount of $25,740.57.

3. Thereafter, the Clerk is directed to close this case.

4. **On or before January 20, 2025**, Plaintiff is directed to file a motion for an award of attorney's fees and nontaxable costs.

**DONE** and **ORDERED** in Orlando, Florida on December 5, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record