# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**LARRY KANNER,**
a Resident of Florida,

    Plaintiff,

vs.

Case No.: 6:23-cv-01706-CEM-RMN

**ALLEN LEONARD BEVERLY, JR.,** a Resident of Florida, **and SCS UNLIMITED FLOORING LLC,** a Florida Limited Liability Company.

    Defendants.
_____/

## CERTIFICATION OF PAUL SUTHERLAND

I, Paul Sutherland, Esq., state as follows:

1. I am an attorney and partner practicing with the law firm of Wilson McCoy, P.A., and I am counsel for Larry Kanner in relation to the instant matter which was filed on September 6, 2023.

2. I have been a practicing attorney in the area of Labor, Employment, and Business law for seven years, during which time I have been either lead or sole counsel on numerous litigation matters and trials at both a state and federal level.

3. I have extensive experience with litigation involving the Fair Labor Standards Act ("FLSA") and have both prosecuted and defended FLSA matters including, but not limited to:

    a. 6:19-cv-01842 (M.D. Fla);

    b. 8:19-cv-02891 (M.D. Fla);

    c. 8:21-cv-00976 (M.D. Fla);

    d. 3:21-cv-00859 (N.D. Fla);

    e. 6:22-cv-00075 (M.D. Fla);

    f. 6:20-cv-01044 (M.D. Fla);

    g. 6:18-cv-00856 (M.D. Fla); and,

    h. 6:19-cv-1528 (M.D. Fla).

4. I am submitting this affidavit in support of Larry Kanner's Motion for Award of Attorney's Fees associated with the Order and Default Final Judgment in this matter.

5. Exhibit 1 below sets forth entries from my firm's billing system for work related to this matter, reflecting that my firm performed 21.4 hours of legal work directly related to the drafting and prosecution of this matter, including the time spent on this affidavit and the accompanying motion, in the total amount of $5,737.00.

6. The hourly rates reflected in Exhibit 1 are as follows: $325.00 per hour of Partner work; $250.00 per hour of Associate work; $120.00 per hour of paralegal work; $95.00 per hour of administrator and legal assistant work.

7. These hourly rates are consistent with prevailing rates in the local market for attorneys with comparable experience and reputation.

8. An award of attorneys' fees in the total amount of $5,737.00 is therefore reasonable.

9. I certify as an Officer of this Court that the foregoing is true and correct.

Dated this 24th day of January 2025.

          Respectfully submitted,

          _____
          Paul L. Sutherland, Esq.
          Florida Bar No. 1008093
          WILSON MCCOY, P.A.
          932 N. Maitland Ave
          Maitland, FL 32751
          Telephone: (407) 803-5400
          Facsimile: (407) 803-4617
          psutherland@wilsonmccoylaw.com
          pleadings@wilsonmccoylaw.com

          **Attorney for the Plaintiff**

# EXHIBIT 1

| Type | Date | Hours | Activity category | Description | Rate ($) | Billable ($) | User |
|---|---|---|---|---|---|---|---|
| TimeEntry | 8/23/2023 | 2.7 | Draft | Complete first draft of complaint for Attorney Sutherland's review. | $250.00 | $675.00 | Molly Mullen |
| TimeEntry | 8/24/2023 | 1.1 | Review & Analyze | Reviewed complaint. Made several edits and posed several comments for consideration. | $325.00 | $357.50 | Paul Sutherland |
| TimeEntry | 8/28/2023 | 0.2 | Discussion | Discussed proposed changes with Attorney Sutherland about complaint. | $250.00 | $50.00 | Molly Mullen |
| TimeEntry | 8/28/2023 | 0.1 | Email | Email with client to set up time to discuss complaint. | $250.00 | $25.00 | Molly Mullen |
| TimeEntry | 8/29/2023 | 0.3 | Telephone Conference | Phone call with client regarding information about SCS's business to include in the complaint. Explained next immediate steps in the coming weeks in terms of filing the complaint. | $250.00 | $75.00 | Molly Mullen |
| TimeEntry | 8/31/2023 | 0.5 | Review & Analyze | Revise complaint before sending it to client for review. | $250.00 | $125.00 | Molly Mullen |
| TimeEntry | 8/31/2023 | 0.1 | Email | Email client draft of complaint. | $250.00 | $25.00 | Molly Mullen |
| TimeEntry | 9/1/2023 | 0.1 | Email | Called client to confirm he received draft of the complaint for his review. | $250.00 | $25.00 | Molly Mullen |
| TimeEntry | 9/5/2023 | 0.2 | Telephone Conference | Telephone discussion with client about complaint. Confirmed client has review and explained filing timeline. | $250.00 | $50.00 | Molly Mullen |
| TimeEntry | 9/5/2023 | 0.1 | Preparation | Prepare summons and civil cover sheet in preparation of filing. | $250.00 | $25.00 | Molly Mullen |
| TimeEntry | 9/6/2023 | 0.3 | Review & Analyze | Review and finalize complaint for filing. | $250.00 | $75.00 | Molly Mullen |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TimeEntry | 9/6/2023 | 0.3 | Preparation | Prepare exhibits 1 through 6 for filing. Add headers to each exhibit. Format images into PDFs for filing. Label and compile exhibits. | $250.00 | $75.00 | Molly Mullen |
| TimeEntry | 9/6/2023 | 0.2 | File | Filed complaint, civil cover sheet, proposed summons and exhibits via the CM/ECF portal. | $120.00 | $24.00 | Jaro Barrero |
| TimeEntry | 9/6/2023 | 0.2 | Draft | Draft and file Notice of Lead Counsel Designation per Middle District of Florida Local Rule via the CMF/EF portal. | $250.00 | $50.00 | Molly Mullen |
| TimeEntry | 9/6/2023 | 0.2 | Draft | Draft and file Notice of Appearance for co-counsel, Attorney Paul Sutherland, via the CMF/EF portal. | $250.00 | $50.00 | Molly Mullen |
| TimeEntry | 9/6/2023 | 0.1 | Email | Email court filings to client to keep him informed of the case. | $250.00 | $25.00 | Molly Mullen |
| TimeEntry | 9/8/2023 | 0.1 | Review & Analyze | Reviewed Notice of Pendency and Notice of Disclosure. Sent to Jaro for filing. | $325.00 | $32.50 | Paul Sutherland |
| TimeEntry | 9/12/2023 | 0.3 | Preparation | Prepared copies of summons, complaints, and exhibits for service by Orange County Sheriff. | $120.00 | $36.00 | Jaro Barrero |
| TimeEntry | 10/9/2023 | 1.1 | Research | Conduct case law research on substituted service as well as on default in federal court. | $250.00 | $275.00 | Molly Mullen |
| TimeEntry | 10/9/2023 | 1.3 | Draft | Draft seven page Motion for Entry of Default by the Clerk with corresponding memorandum of law to be filed with the Court. | $250.00 | $325.00 | Molly Mullen |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TimeEntry | 10/10/2023 | 0.3 | Preparation | Finalize and review Motion for Clerk's default. Prepare exhibits and document for filing. Prepare document and exhibits for mailing. Provide information to Jaro to complete filing and mailing process. | $250.00 | $75.00 | Molly Mullen |
| TimeEntry | 10/10/2023 | 0.1 | File | Filed Plaintiff's Motion for Entry of Default by Clerk via the CM/EMF portal. | $120.00 | $12.00 | Jaro Barrero |
| TimeEntry | 10/17/2023 | 0.1 | Draft | Prepared new summons for Allen Leonard Beverly, Jr. | $250.00 | $25.00 | Molly Mullen |
| TimeEntry | 10/17/2023 | 0.1 | Draft | Reviewed draft of Notice of Filing and made a few edits prior to sending for filing. | $325.00 | $32.50 | Paul Sutherland |
| TimeEntry | 10/19/2023 | 0.3 | Preparation | Prepared packet to Orange County Sheriff's Office for service of summons and complaint to Defendant Beverly. | $120.00 | $36.00 | Jaro Barrero |
| TimeEntry | 11/20/2023 | 0.1 | Telephone Conference | Called the Orange County Sheriff's Office for status on service of summons and complaint to Defendant Beverly. | $120.00 | $12.00 | Jaro Barrero |
| TimeEntry | 11/28/2023 | 2.3 | Draft | Draft Motion for Extension of time for service. | $250.00 | $575.00 | Molly Mullen |
| TimeEntry | 1/30/2024 | 0.1 | Email | Followed up with client regarding a potential offer to settle with defendants should the opportunity present itself. | $325.00 | $32.50 | Paul Sutherland |
| TimeEntry | 2/23/2024 | 0.4 | Preparation | Prepared a summons and complaint packet for the Orange County Sheriff's office to serve defendant. | $120.00 | $48.00 | Jaro Barrero |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TimeEntry | 2/27/2024 | 0.1 | Telephone Conference | Spoke with client about where we are in the process of serving. | $325.00 | $32.50 | Paul Sutherland |
| TimeEntry | 4/9/2024 | 0.1 | Collaborate | Spoke with Jaro about status of service. Gave instructions regarding service of process affidavit. | $325.00 | $32.50 | Paul Sutherland |
| TimeEntry | 4/11/2024 | 0.1 | Telephone Conference | Spoke with client about status of the case. | $325.00 | $32.50 | Paul Sutherland |
| TimeEntry | 4/29/2024 | 0.5 | Preparation | Prepared a draft of Plaintiff's Motion for Entry of Default by Clerk for attorney to review. | $120.00 | $60.00 | Jaro Barrero |
| TimeEntry | 4/30/2024 | 0.1 | File | Efiled Plaintiff's Motion for Entry of Default by Clerk. | $120.00 | $12.00 | Jaro Barrero |
| TimeEntry | 5/1/2024 | 0.1 | Review & Analyze | Reviewed Order to file Default Judgment. | $325.00 | $32.50 | Paul Sutherland |
| TimeEntry | 4/29/2024 | 0.2 | Draft | Drafted changes to Motion for Clerk's Default. Sent to Jaro for Filing. | $325.00 | $65.00 | Paul Sutherland |
| TimeEntry | 5/1/2024 | 0.3 | Draft | Began drafting the Motion for Default Judgment. | $325.00 | $97.50 | Paul Sutherland |
| TimeEntry | 5/8/2024 | 3.2 | Draft | Finished draft preliminary draft of Motion for Default Final Judgment. | $325.00 | $1,040.00 | Paul Sutherland |
| TimeEntry | 5/8/2024 | 0.7 | Draft | Drafted two affidavits and performed calculations. | $325.00 | $227.50 | Paul Sutherland |
| TimeEntry | 5/10/2024 | 0.1 | Email | Emailed client about Affidavit. | $325.00 | $32.50 | Paul Sutherland |
| TimeEntry | 5/15/2024 | 0.2 | Telephone Conference | Call with client about Affidavit. | $325.00 | $65.00 | Paul Sutherland |
| TimeEntry | 5/20/2024 | 0.1 | File | Review, scan, file, and provide copy to PLS of Kanner Affidavit. | $120.00 | $12.00 | Rebecca Lopez |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TimeEntry | 11/19/2024 | 0.3 | Review & Analyze | Reviewed the Magistrate's Report and Recommendation. Asked Rebecca to send copy to client. | $325.00 | $97.50 | Paul Sutherland |
| TimeEntry | 1/24/2025 | 0.8 | Draft | Drafted the Motion for Taxation of Fees. | $325.00 | $260.00 | Paul Sutherland |
| TimeEntry | 1/7/2025 | 1.2 | Attend | Drove to the Orange County recording office. Recorded the judgment with the clerk. Drove back to office. | $325.00 | $390.00 | Paul Sutherland |