UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LARRY KANNER,**

      **Plaintiff,**

**v.**         Case No. 6:23-cv-1706-CEM-RMN

**ALLEN LEONARD BEVERLY, JR. and SCS UNLIMITED FLOORING LLC,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion for Award of Attorney's Fees ("Motion," Doc. 39). The United States Magistrate Judge issued a Report and Recommendation (Doc. 42), recommending that the Motion be granted in part and denied in part.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 42) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Motion for Award of Attorney's Fees (Doc. 39) is **GRANTED**.

3. Plaintiff is awarded $ 5,116.05 in attorneys' fees.

**DONE** and **ORDERED** in Orlando, Florida on April 30, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties